# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-10012
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
September 27, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jaime Vazquez,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:08-CR-167-1

———————————————————————

Before Wiener, Ho, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Jaime Vazquez, federal prisoner #38387-177, appeals the denials of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release and his motion for reconsideration. We review the district court's decisions for an abuse of discretion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020); *United States v. Rabhan*, 540 F.3d 344, 346 (5th Cir. 2008).

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10012

Vazquez contends that the district court erred by declining to reconsider the denial of compassionate release based upon Amendment 814 to the Sentencing Guidelines, which expanded the list of extraordinary and compelling reasons upon which compassionate release may be based. *See* U.S.S.G. § 1B1.13. However, he does not address, and has therefore abandoned any challenge to, the district court's separate determination that the 18 U.S.C. § 3553(a) factors do not support granting § 3582(c)(1)(A)(i) relief. *See Yohey v. Collins*, 985 F.2d 222, 224–25. (5th Cir. 1993); *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). We therefore need not consider Vazquez's arguments regarding extraordinary and compelling reasons. *See United States v. Rollins*, 53 F.4th 353, 358 (5th Cir. 2022).

AFFIRMED.